**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      John Seger, M.D. v. Brian Branda, Branda Financial Services, and National Life Insurance Company

Appellate case number:    01-21-00224-CV

Trial court case number:   2020-51686

Trial court:                  165th District Court of Harris County

On June 25, 2021, Richard J. Babnick Jr. filed a motion for pro hac vice admission to appear before the Court in this appeal on behalf of appellees, Brian Branda and Branda Financial Services (collectively, the "Branda Appellees"). J. Mark Brewer, a licensed Texas attorney, and local counsel for the Branda Appellees, filed a motion in support of Mr. Babnick's pro hac vice motion. The motion conforms with Rule XIX of the Texas Rules Governing Admissions to the Bar of Texas. *See* TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (West 2018).

The motion for pro hac vice admission and motion in support of Mr. Babnick's pro hac vice motion include a certificate of conference stating that appellant, John Segar, M.D., is not opposed to the relief sought by the motion for admission pro hac vice. *See* TEX. R. APP. P. 10.3. Accordingly, the motion for admission pro hac vice of Richard J. Babnick Jr. is **granted**.

It is so ORDERED.

Judge's signature: \_\_\_\_\_/s/ Amparo Guerra_____
                ☑ Acting individually    ☐ Acting for the Court

Date: \_\_\_July 1, 2021_____